# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA | § MAG. DOCKET NO.: 4:25-mj-452-BJ |
| | § |
| v. | § |
| | § |
| NATHAN BAUMANN (03) | § |
| | § CRIMINAL NO.: _____ |

## ENTRY OF APPEARANCE OF COUNSEL

[✓] I wish to enter my appearance as *retained* counsel for the above-named defendant(s) in this cause.

[ ] I hereby enter my appearance as *appointed* counsel for the above-named defendant(s) in this cause.

I understand that it is my duty to continue to represent the above-named defendant(s) in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; to assist the defendant(s) with any appeal which the defendant(s) desires to perfect, and to represent the defendant(s) on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12 Federal Rules of Criminal Procedure, pertaining to pretrial motions.

July 11, 2025
Date

/s/ Ben Florey
Signature of Attorney

Ben Castleman Florey, Jr.
Attorney Name (Please Print)

07169500
Attorney Bar Number

1110 E. Weatherford Street
Street Address

Fort Worth, Texas 76102
City/State/Zip

ben@dunhamlaw.com
Email Address

817.888.8888
Telephone (including area code)

817.810.0050
Fax Number